UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEONARD GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO,<br><br>　　　　Defendant. | No. 1:15-CV-00579-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

　　Plaintiff Gregory Leonard Gonzales is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on April 15, 2015.  (ECF No. 2.)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees. Plaintiff's Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

　　Dated:　　May 14, 2015　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1